UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| BRYAN J. SOUSA,<br>    Plaintiff, | :<br>: | CIVIL ACTION NO.<br>3:07-CV-1787 (JCH) |
| v. | :<br>: | |
| DEVIN J. MARQUEZ,<br>    Defendant. | :<br>:<br>: | APRIL 9, 2010 |

**ORDER**

In light of the discussion on the record at the telephone status conference held on April 9, 2010, this case is hereby administratively closed. Either party shall have the right to file a Motion to Re-open, for any reason, within 100 days of the Second Circuit's decision in <u>Sousa v. Rocque</u>, 3:05-cv-822 (JCH).

**SO ORDERED**

Dated at Bridgeport, Connecticut this 9th day of April, 2010.

                                                   /s/ Janet C. Hall
                                                 Janet C. Hall
                                                 United States District Judge